STATE OF NEW JERSEY v. CHARLES WILLIAMS.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RONNIE MCALLISTER.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED G. CRAWFORD.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY STEPHENS.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHNNIE PRESTON.

June 27, 1989.

Petition for certification denied.